# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| ADAM HEASTER, Individually and For Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON USA, INC.,<br><br>Defendant. | Case No. 2:19-CV-01464-DSC |

## JOINT MOTION TO APPROVE SETTLEMENT

Plaintiff Adam Heaster, individually and on behalf of the Opt-In Plaintiffs ("Plaintiffs") and Defendant Chevron USA, Inc. ("Chevron") (collectively, the "Parties"), respectfully submit this brief in support of their joint motion to approve the Parties' collective action settlement. The Parties' agreement represents a fair and reasonable resolution of a *bona fide* dispute of Plaintiffs' wage and hour claims, and, therefore, Court should approve the Parties' Settlement Agreement (Ex. 1) in full.

Indeed, the Parties' Settlement Agreement provides Plaintiffs with a reasonable recovery in light of the risks inherent in continued litigation and trial. Chevron has defended Plaintiffs' claims asserted in this lawsuit and continues to deny that it committed any wrongdoing or violated any state or federal wage and hour law. Given the costs, risks, and delays inherent to protracted litigation balanced against the benefits of the settlement, the Parties' Settlement Agreement is in both Parties' best interest.

Accordingly, for the reasons outlined in the contemporaneously filed Brief, the Parties respectfully request the Court approve the Parties' Settlement Agreement (Ex. 1) in full.

**Dated: June 30, 2021**

| JOSEPHSON DUNLAP LLP | NORTON ROSE FULBRIGHT US LLP |
|---|---|
| /s/ *Taylor A. Jones* | /s/ *Kimberly Cheeseman (with permission)* |
| **Michael A. Josephson** | **M. Carter Crow** *(Pro Hac Vice)* |
| TX Bar No. 24014780 | **Kimberly Cheeseman** *(Pro Hac Vice)* |
| OK Fed. ID 14-145 | **NORTON ROSE FULBRIGHT US LLP** |
| **Andrew W. Dunlap** | Fulbright Tower |
| TX Bar No. 24078444 | 1301 McKinney, Suite 5100 |
| OK Fed. ID 14-148 | Houston, TX 77010-3095 |
| **Taylor A. Jones** | Telephone:    (713) 651-5151 |
| TX Bar No. 24107823 | Facsimile:    (713) 651-5246 |
| (P*ro Hac Vice*) | carter.crow@nortonrosefulbright.com |
| **JOSEPHSON DUNLAP LLP** | |
| 11 Greenway Plaza, Suite 3050 | kimberly.cheeseman@nortonrosefulbright.com |
| Houston, Texas 77046 | |
| 713-352-1100 – Telephone | **Rodger L. Puz** |
| 713-352-3300 – Facsimile | P.A. Id. #67216 |
| mjosephson@mybackwages.com | **DICKIE, McCAMEY & CHILCOTE, P.C.** |
| adunlap@mybackwages.com | Two PPG Place Suite 400 |
| tjones@mybackwages.com | Pittsburgh, PA 15222 |
| | Telephone: (412) 281-7272 |
| **Richard J. (Rex) Burch** | Facsimile: (412) 392-5367 |
| TX Bar No. 24001807 | rpuz@dmclaw.com |
| **BRUCKNER BURCH PLLC** | |
| 11 Greenway Plaza, Suite 3025 | *Attorneys for Defendant* |
| Houston, Texas 77046 | |
| 713-877-8788 – Telephone | |
| 713-877-8065 – Facsimile | |
| rburch@brucknerburch.com | |
| | |
| **Joshua P. Geist** | |
| **GOODRICH & GEIST** | |
| 3634 California Avenue | |
| Pittsburgh, PA 15212 | |
| 412-766-1455 – Telephone | |
| 412-766-0300 – Facsimile | |
| josh@goodrichandgeist.com | |
| | |
| *Attorneys for Plaintiffs* | |

## CERTIFICATE OF SERVICE

    I hereby certify that on June 30, 2021, I served the foregoing documents on all parties and/or their counsel of record via the Court's ECF filing system in accordance with the Federal Rules of Civil Procedure.

                                              */s/ Taylor A. Jones*
                                              **Taylor A. Jones**