UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| ADAM HEASTER, Individually and For Others Similarly Situated<br><br>v.<br><br>CHEVRON USA, INC. | Case No. 2:19-CV-01464-DSC |

ORDER GRANTING
JOINT MOTION TO APPROVE SETTLEMENT

Before the Court is the Parties Joint Motion to Approve Settlement (ECF __). Plaintiff David Oates, individually and on behalf of the Opt-In Plaintiffs ("**Plaintiffs**"), and Defendant Chevron USA, Inc. ("**Defendant**") (collectively the "**Parties**") have arrived at a settlement and have requested Court-approval of their settlement agreement. After considering the Parties' Joint Motion (ECF __), including the Parties' Settlement Agreement (Exhibit 1 to the Parties' Joint Motion) and its exhibits, and the submissions of Counsel, the Court hereby finds and orders as follows:

1. The Court **FINDS** that the settlement memorialized in the Parties' Settlement Agreement attached as Exhibit 1 to the Parties' Joint Motion falls within the range of reasonableness and, therefore, meets the requirements for approval.

2. The Court **APPROVES** the Parties' Settlement Agreement attached as Exhibit 1 to the Parties' Joint Motion.

3. The Court **APPROVES** the full and final extinguishment of the Released Claims of Plaintiffs as set forth in the Settlement Agreement as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act (FLSA).

4. The Court **APPOINTS**, for settlement purposes only, Josephson Dunlap, LLP, Bruckner Burch, PLLC, and Goodrich & Geist, as Class Counsel for the purposes of Settlement and

the releases and other obligations therein.

5. The Court **FINDS** Class Counsel's attorneys' fee and cost awards, as provided in the Settlement Agreement, are fair and reasonable.

6. The Court therefore **APPROVES** Class Counsel's attorneys' fee and cost awards.

7. The Court **FINDS** Plaintiff's Service Award, as provided in the Settlement Agreement, is fair and reasonable.

8. The Court therefore **APPROVES** Plaintiff's Service Award.

9. Neither this Order, Plaintiff's Unopposed Motion to Approve, the Settlement Agreements, other Approval pleadings, nor any other documents or information relating to the settlement of this litigation shall constitute, be construed to be, or be admissible in this litigation or any other proceeding as evidence: (a) that any group of similarly situated or other employees exists to maintain a collective action under the FLSA, or comparable state laws or rules, (b) of an adjudication of the merits of this litigation, (c) an adjudication of any of the matters subject to the Releases in the Settlement Agreement, (d) that any party has prevailed in this case, or (e) that Defendant or the Released Parties have engaged in any wrongdoing.

10. The Court hereby **DISMISSES** this lawsuit and all claims asserted therein **WITH PREJUDICE** in accordance with the Settlement Agreement, including the claims of Plaintiffs.

**IT IS SO ORDERED** this 1st day of July, 2021.

s/ David S. Cercone
Honorable David S. Cercone
United States District Judge